UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SHABAZZ PALMER,<br><br>        Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK; NYC DEPARTMENT OF CORRECTIONS,<br><br>        Defendants. | 22-CV-5333 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 4, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 4, 2022
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               Chief United States District Judge